JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

| | | |
|---|---|---|
| ROBINSON PHARMA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REBALANCE HEALTH, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | ) | Case No.: 8:25-cv-00536-JVS-DFM<br><br>Hon. James V. Selna<br><br>**JUDGMENT [38]**<br><br>Complaint Filed: February 13, 2025<br>Removed: March 20, 2025 |

Pursuant to the Joint Stipulation for Entry of Judgment of Plaintiff ROBINSON PHARMA, INC. ("Plaintiff") and Defendant REBALANCE HEALTH, INC. ("Defendant"), and good cause appearing, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff ROBINSON PHARMA, INC. and solely against Defendant REBALANCE HEALTH, INC., a dissolved Delaware corporation, in the amount of $609,354.89.

2. Post-judgment interest shall accrue on the entire Judgment from the date of its entry until paid at the rate provided by 28 U.S.C. § 1961.

3. No stay of execution applies under Federal Rule of Civil Procedure 62(a).

4. Upon entry of this Judgment, DOES 1 through 50 are dismissed from the Action with prejudice. This Judgment resolves all claims in the Action, and no claim or counterclaim remains pending, so no certification under Federal Rule of Civil Procedure 54(b) is needed.

5. The Court retains jurisdiction to enforce the Stipulation and this Judgment.

IT IS SO ORDERED.

Dated: November 23, 2026

Hon. James V. Selna
United States District Judge